# United States Court of Appeals
## For the First Circuit

No. 14-1024

UNITED STATES

Appellee

v.

RONALD E. BROWN

Defendant - Appellant

**JUDGMENT**

Entered: March 20, 2014
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of defendant-appellant's motion for voluntary dismissal, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant-appellant's appeal shall proceed under No. 13-2544.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Dina Michael Chaitowitz
Robert Edward Richardson
Kenneth G. Shine
Michael Capen Andrews
Ronald E. Brown
David J. Apfel