# United States Court of Appeals
## For the First Circuit

No. 13-2544

UNITED STATES,

Appellee,

v.

RONALD E. BROWN,

Defendant, Appellant.

Before

Lynch, Chief Judge,
Torruella and Thompson, Circuit Judges.

**JUDGMENT**

**October 6, 2014**

    Ronald Brown challenges the district court's denial of his motion to suppress. On review, we affirm the district court's denial of Brown's motion to suppress, essentially for the reasons stated in United States v. Arthur, ---F.3d---, 2014 WL 4177373 (1st Cir. Aug. 22, 2014). We further hold that Brown's "Fifth and Sixth Amendment rights were [not] implicated when the indictment did not set forth his prior convictions and the jury was not required to pass upon them." United States v. Paladin, 748 F.3d 438, 452 (1st Cir. 2014).

    The government's motion for summary disposition is granted. Affirmed. See 1st Cir. R. 27.0(c).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Michael Capen Andrews
Kelly Begg Lawrence
Kenneth G. Shine
Dina Michael Chaitowitz
Robert Edward Richardson
David J. Apfel